```
                          United States Bankruptcy Court
                                District of Oregon
```

In re:                                                              Case No. 15-62839-fra
Lori Diane Baczkowski                                               Chapter 13
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0979-6          User: michellem            Page 1 of 1              Date Rcvd: Aug 20, 2015
                              Form ID: OFD               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2015.
db           +Lori Diane Baczkowski,    1025 NE Fall Dr,    Grants Pass, OR 97526-1664

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2015 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0

OFD (12/1/11) mlm

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

August 20, 2015

Clerk, U.S. Bankruptcy Court

BY **mlm** DEPUTY

In re
**Lori Diane Baczkowski**

Debtor(s)

) Case No. **15–62839–fra13**
)
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
)

The bankruptcy CASE FILED on **8/20/15** has deficiencies.
14 DAYS TO FILE: The following required document(s) were not filed. You must file each listed document within 14 days of the CASE FILED date shown above.

**A COMPLETED current version of Summary of Schedules (Official Form #B6, INCLUDING PAGE 2 IF INDIVIDUAL DEBTOR(S)), all Schedules required for the debtor(s), AND a SIGNED Unsworn Declaration to Schedules; AND a Statement of Financial Affairs, AND a SIGNED Unsworn Declaration to Statement of Financial Affairs. (Fed. Rules Bankr. Proc. 1007 & 1008)**

**– NOTE: The accuracy and completeness of the creditor Schedules (i.e., D–H), and the required creditor mailing list which includes all entities listed on such Schedules, are the debtor's responsibility. Such Schedules will not be compared with any creditor mailing list. Entities listed on Schedules D–H that were NOT listed on the creditor mailing list filed with the debtor's Petition MUST BE ADDED USING Local Form #728 UNLESS the ONLY change is to correct a PREVIOUSLY listed creditor's address, or attorney for a PREVIOUSLY listed creditor. (Local Bankr. Rule 1009–1.)**

**A Statement of Your Current Monthly Income must be filed on the current Official Form applicable in this case: B22A–1 for Chap. 7, B22B for Chap. 11 or B22C–1 for Chap. 13. [Please note: If filing #B22A–1 or B22C–1, an additional form may be required. Follow the instructions on the form.]**

**A Ch. 13 Plan. You must use the current version of Local Form #1300.14. (Local Bankr. Rule 3015–1)**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

Clerk, U.S. Bankruptcy Court