Lori D. Baczkowski
1025 NE Fall Dr.
Grants Pass, OR 97526

10/21/2015

Naliko Markel, Trustee
P.O. Box 467
Eugene, OR 97440-0467

US District Bankruptcy Court of Oregon
Clerk of the Court
405 E. 8th Ave. #2100
Eugene, OR 97401

Dir Sir,

By this letter I am requesting an extension and rescheduling of the meeting, at least 45 days, for the confirmation hearing scheduled for 10/27/2015 as I have been advised to contact and obtain legal counsel to assist me with the pleadings I have filed. I need to correct my mistakes and inconsistencies. The request is in response to the motion by Defendant Bank of New York Melon Trust and from yourself.

Thank you for your assistance and understanding that as a pro-se litigant there may be times I need legal advise which I am obtaining a this time but appointments are in short supply.

Sincerely,

*Lori D. Baczkowski*
Lori D. Baczkowski
Case No. 15-62839-fra13