UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE )<br>)<br>LORI DIANE BACZKOWSKI, )<br>)<br>)<br>)<br>Debtor. ) | Bankruptcy Case<br>No. 15-62839-fra13<br><br>ORDER RE: (1) RESCHEDULING<br>CONFIRMATION HEARING AND<br>(2) ESTABLISHING A DEADLINE FOR<br>PAST DUE PLAN PAYMENTS |

Debtor's plan of reorganization is scheduled for an initial confirmation hearing on October 27, 2015. The Trustee and at least one creditor have objected to confirmation on multiple grounds. In addition, the Trustee alleges that Debtor has not, as of the date of the Trustee's objection, made required plan payments. Good cause appearing, it is now

**ORDERED** as follows:

1. The hearing on confirmation of the Debtor's proposed plan of reorganization is reset to January 21, 2016, at 10:00 a.m. at the United States Courthouse, 310 West 6th Street, Medford, Oregon.

2. All plan payments due as of the date of this order must be received by the Trustee not later than the close of business on November 16, 2015. If the required payments are not made, the Trustee shall advise the Court, and this case may be dismissed without further notice.

FRANK R. ALLEY, III
Bankruptcy Judge