Lori Diane Baczkowski, Debtor *in propria persona*
1025 NE Fall Drive
Grants Pass, OR 97526
Telephone: 541-441-3898

CLERK US BANKRUPTCY COURT
DISTRICT OF OREGON

2015 NOV 16 AM 11:26

LODGED____ REC'D____
PAID____ DOCKETED____

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF OREGON

| | |
|---|---|
| "In re LORI DIANE BACZKOWSKI, Debtor," | CASE NO. 15-62839-fra13<br><br>Chapter 13<br><br>REQUEST TO DISMISS |

I request this court dismiss this case according to 11 U.S.C. § 1307(b). To the best of my knowledge, this case has not been converted.

*Submitted with all rights reserved on November* 13th *, 2015*

*Lori Diane Baczkowski*

Lori Diane Baczkowski, Debtor *in propria persona*

*I certify on this date I served a true copy of this Request on the trustee*