NPD (12/1/09) jth

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

November 16, 2015

Clerk, U.S. Bankruptcy Court

BY **jth** DEPUTY

In re
**Lori Diane Baczkowski**
Debtor(s)

Case No. **15–62839–fra13**

NOTICE OF PROPOSED
DISMISSAL OF CASE

**IT APPEARING** that:

**The debtor(s) filed a motion to dismiss this case.**

**YOU ARE THEREFORE NOTIFIED** that the case for the debtor(s) named above may be dismissed, for the reason(s) cited as to the named debtor(s), unless, within 21 days of this notice's "Filed" date as shown above, a party in interest (excluding the debtor or debtor's attorney if the debtor has failed to comply with a court order) files a written objection thereto, setting forth the specific grounds for such objection, with both: (1) the Clerk of Court, 405 E 8th Ave #2600, Eugene, OR 97401, and (2) the parties listed below, if any:

Attorney for the Debtor(s): Lori Diane Baczkowski, 1025 NE Fall Dr, Grants Pass, OR 97526, 541–441–3898

Trustee: Naliko Markel, POB 467, Eugene OR, 97440, 541–343–1555

**IMPORTANT NOTE:** Unless you receive a notice, or copy, of an Order of Dismissal from this court, you should consider that this case is active and will be closed in the ordinary course of case administration!

Clerk, U.S. Bankruptcy Court