NFM (12/1/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

November 17, 2015

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re )
**Lori Diane Baczkowski** ) Case No. **15–62839–fra13**
Debtor(s) )
) NOTICE OF REQUIREMENT
) TO FILE FINANCIAL
) MANAGEMENT CERTIFICATION
)
)

**NOTICE IS GIVEN** that pursuant to Federal Rules of Bankruptcy Procedure 1007 and 5009, each debtor is required to complete a course concerning personal financial management (debtor education) and file a certificate of completion using Official Form #B23. The certificate must be filed no later than the date when the last payment due under the plan is made, or, if applicable, the date of filing of a motion for a "hardship discharge" under 11 USC §1328(b). If the certificate is not timely filed, this case may be closed without entry of a discharge. If this is a joint case, each debtor must separately file a certificate.

To obtain Official Form #B23, go to www.uscourts.gov and click on Forms & Fees, then Bankruptcy Forms.

To obtain a list of approved providers for the financial management course, go to www.justice.gov/ust and click on "Credit Counseling and Debtor Education" under Consumer Information.

Clerk, U.S. Bankruptcy Court
405 E 8th Ave #2600
Eugene, OR 97401