```
                         United States Bankruptcy Court
                               District of Oregon
```

In re:                                                          Case No. 15-62839-fra
Lori Diane Baczkowski                                           Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0979-6          User: Admin.           Page 1 of 1           Date Rcvd: Nov 16, 2015
                              Form ID: NPD           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2015.
db            +Lori Diane Baczkowski,    1025 NE Fall Dr,    Grants Pass, OR 97526-1664
101041065     +Quality Loan Svc Corp of Washington,    c/o Quality Loan Svc Corp,    411 Ivy St,
                San Diego CA 92101-2108
101050265      Select Portfolio Servicing Inc.,    3185 SW Temple,    Salt Lake City UT 84115-4412
101050264     +The Bank of New York Mellon F/K/A The Bank of New,    CWALT, INC.; Alt Ln Tr 2007-23CB Mort,
                101 Barclay St - 4W,    New York NY 10286-0001
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
101047998         E-mail/Text: bankruptcy.revenue@oregon.gov Nov 17 2015 01:23:11      ODR Bkcy,
                955 Center St NE,    Salem OR 97301-2555
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2015                             Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2015 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0



**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

November 16, 2015

Clerk, U.S. Bankruptcy Court

BY **jth** DEPUTY

In re )
 **Lori Diane Baczkowski** ) Case No. **15–62839–fra13**
Debtor(s) )
 )
 ) NOTICE OF PROPOSED
 ) DISMISSAL OF CASE
 )
 )

**IT APPEARING** that:

    **The debtor(s) filed a motion to dismiss this case.**

**YOU ARE THEREFORE NOTIFIED** that the case for the debtor(s) named above may be dismissed, for the reason(s) cited as to the named debtor(s), unless, within 21 days of this notice's "Filed" date as shown above, a party in interest (excluding the debtor or debtor's attorney if the debtor has failed to comply with a court order) files a written objection thereto, setting forth the specific grounds for such objection, with both: (1) the Clerk of Court, 405 E 8th Ave #2600, Eugene, OR 97401, and (2) the parties listed below, if any:

Attorney for the Debtor(s): Lori Diane Baczkowski, 1025 NE Fall Dr, Grants Pass, OR 97526, 541–441–3898

Trustee: Naliko Markel, POB 467, Eugene OR, 97440, 541–343–1555

**IMPORTANT NOTE:** Unless you receive a notice, or copy, of an Order of Dismissal from this court, you should consider that this case is active and will be closed in the ordinary course of case administration!

                                                                     Clerk, U.S. Bankruptcy Court