```
                    United States Bankruptcy Court
                          District of Oregon
```

```
In re:                                           Case No. 15-62839-fra
Lori Diane Baczkowski                            Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0979-6        User: admin          Page 1 of 1          Date Rcvd: Nov 17, 2015
                            Form ID: NFM          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2015.
db              +Lori Diane Baczkowski,   1025 NE Fall Dr,   Grants Pass, OR 97526-1664
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2015                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2015 at the address(es) listed below:
NONE.                                                                        TOTAL: 0
```

NFM (12/1/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re )
 **Lori Diane Baczkowski** ) Case No. **15–62839–fra13**
Debtor(s) )
                         ) NOTICE OF REQUIREMENT
                         ) TO FILE FINANCIAL
                         ) MANAGEMENT CERTIFICATION
                         )
                         )

November 17, 2015

Clerk, U.S. Bankruptcy Court

BY DEPUTY

**NOTICE IS GIVEN** that pursuant to Federal Rules of Bankruptcy Procedure 1007 and 5009, each debtor is required to complete a course concerning personal financial management (debtor education) and file a certificate of completion using Official Form #B23. The certificate must be filed no later than the date when the last payment due under the plan is made, or, if applicable, the date of filing of a motion for a "hardship discharge" under 11 USC §1328(b). If the certificate is not timely filed, this case may be closed without entry of a discharge. If this is a joint case, each debtor must separately file a certificate.

To obtain Official Form #B23, go to www.uscourts.gov and click on Forms & Fees, then Bankruptcy Forms.

To obtain a list of approved providers for the financial management course, go to www.justice.gov/ust and click on "Credit Counseling and Debtor Education" under Consumer Information.

Clerk, U.S. Bankruptcy Court
405 E 8th Ave #2600
Eugene, OR 97401